# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diana Caruso<br>Dustin C. Caruso<br>　　　　　Debtors | CHAPTER 7 |
| CSMC 2018-SP2 Trust, its successors and/or assigns<br>　　　　　Movant<br>vs. | NO. 21-10499 PMM |
| Diana Caruso<br>Dustin C. Caruso<br>　　　　　Debtors | |
| Robert H. Holber, Esquire<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certificate of No Objection of CSMC 2018-SP2 Trust, which was filed with the Court on or about April 23, 2021 (Document No. 23).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: April 27, 2021