IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    Bank. No. 21-10499
                                    :
DUSTIN C. CARUSO &                  :
DIANA CARUSO                        :
                                    :
      Debtors                       :    Chapter 7

ORDER GRANTING APPLICATION OF TRUSTEE TO EMPLOY RE/MAX OF READING
AS REAL ESTATE BROKER TO SELL REAL ESTATE

Upon consideration of the Application of the Trustee, Robert H. Holber, to Employ Robert M. Kearney of Re/Max of Reading ("Broker") as Real Estate professional, and finding that the said Broker and its employees and agents do not represent any interest adverse to the Debtor or the Trustee or Debtor's Estate in matters upon which they are about to be engaged, and that its employment is necessary and in the best interest of the Estate, it is

ORDERED, that the trustee is authorized to retain Broker in accordance with the terms set forth in the Application regarding the marketing and sale Premises known as and located at 1230 Parkside Drive South, Reading, PA 19611.  It is further ORDERED, that any compensation and reimbursement of expenses for Broker may be had from the Estate only after Court approval and in accordance with applicable Bankruptcy Law and Rules.

BY THE COURT:

_____
Patricia M. Mayer
Bankruptcy Judge