United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 21-10499-pmm
Dustin C. Caruso                                                                        Chapter 7
Diana Caruso
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                       User: admin                                  Page 1 of 2
Date Rcvd: Apr 29, 2021                    Form ID: 139                                 Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol        Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin C. Caruso, Diana Caruso, 1522 Cleveland Ave., Reading, PA 19610-2110 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14588563 | + | CSMC 2018-SP2 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14586565 | + | Credit Card/fb&t, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14586566 | + | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14586568 | + | Discovery Federal Cr U, Po Box 6618, Reading, PA 19610-0618 |
| 14586569 | + | Goldman Sachs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14586572 |   | MBSS, PO Box 3048, New Kingstown, PA 17072 |
| 14586573 | + | Pennstate Health, PO Box 70892, Philadelphia, PA 19176-5892 |
| 14586574 | + | Pennsylvania Department of Revenue, PO BOX 280427, Harrisburg, PA 17128-0427 |
| 14586575 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Apr 30 2021 03:18:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 30 2021 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | EDI: AISACG.COM | Apr 30 2021 03:18:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14587697 | + | EDI: AISACG.COM | Apr 30 2021 03:18:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14586562 |   | EDI: BMW.COM | Apr 30 2021 03:18:00 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14586563 | + | EDI: CAPITALONE.COM | Apr 30 2021 03:18:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14586564 | + | EDI: CITICORP.COM | Apr 30 2021 03:18:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14586570 | + | EDI: IRS.COM | Apr 30 2021 03:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14586571 |   | EDI: JPMORGANCHASE | Apr 30 2021 03:18:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14589491 | + | EDI: PENNDEPTREV | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: 139 | Total Noticed: 26 |

|  |  |  | Apr 30 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|---|
| 14589491 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14586576 | + | EDI: RMSC.COM | Apr 30 2021 03:18:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14586567 | *+ | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Dustin C. Caruso tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Diana Caruso tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Dustin C. Caruso and Diana Caruso
1522 Cleveland Ave.
Reading, PA 19610

Debtor(s)

Case No: 21−10499−pmm

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−5243
xxx−xx−6172

---

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

***NOTICE IS GIVEN THAT:***

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 8/2/21

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 4/29/21

29
Form 139