IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 7
                                    :
  DUSTIN C. CARUSO &                 :
  DIANA CARUSO                      :
                                    :
                Debtor(s)        :    Bankruptcy No. 21-10499

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. The Notice of Filing Application of Chapter 7 Trustee for an Order Authorizing the Trustee to Employ Robert H. Holber, Esquire as Counsel Pursuant to Section 327 and 328 and Fed.R.BankR.P.2014, was served upon the Office of the U.S. Trustee, Debtor's Counsel, Brenna hope Mendelsohn, Esquire, all creditors listed on debtor's matrix, and those who filed claims by U.S. Mail, first class, postage prepaid and/or electronic means on April 28, 2021.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 05/07/21

                                          Robert H. Holber, Esquire
                                          Chapter 7 Trustee
                                          41 East Front Street
                                          Media, PA   19063
                                          (610) 565-5463