IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 7
                                    :
   DUSTIN C. CARUSO &                :
   DIANA CARUSO                     :
                                    :
                       Debtor(s)    :    Bankruptcy No. 21-10499


## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. The Notice of Application as regards Application of Robert H. Holber, Chapter 7 Trustee to Employ Re/Max of Reading as Real Estate Broker Pursuant to Section 327 of the Bankruptcy Code, was served upon the Office of the U.S. Trustee, Debtor's Counsel, Brenna Hope Mendelsohn, Esquire, and all creditors listed on debtor's Matrix by U.S. Mail, first class, postage prepaid and/or electronic means on April 28, 2021.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 05/07/21

                                        Robert H. Holber, Esquire
                                        Chapter 7 Trustee
                                        41 East Front Street
                                        Media, PA   19063
                                        (610) 565-5463