IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DUSTIN C. CARUSO          :
         DIANA CARUSO              : CHAPTER 7
                                   :
                                   :
              Debtor(s)            : Bankruptcy No. 21-10499

## PRAECIPE TO WITHDRAW CERTIFICATION OF NO ANSWER OR OBJECTION

TO THE CLERK OF COURTS:

Please withdraw Certification of No Answer or Objection to Application of Chapter 7 Trustee for an Order Authorizing the Trustee to Employ Robert H. Holber, Esquire as Counsel previously filed on May 7, 2021, regarding the above captioned debtor(s).

_____
ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee

Date: 05/07/21