IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Bank. No. 21-10499 (PMM)
:
DUSTIN C. CARUSO & :
DIANA CARUSO :
:
Debtors : Chapter 7

ORDER AUTHORIZING EMPLOYMENT OF COUNSEL BY TRUSTEE

Upon consideration of the Chapter 7 Trustee's Application seeking authority to employ Robert H. Holber, Esquire of the Law Office of Robert H. Holber, P.C. as his attorney (" the Application"), and any objections thereto, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Chapter 7 Trustee is hereby authorized to employ Robert H. Holber, Esquire of the Law Office of Robert H. Holber, P.C. as his attorney in this case under Chapter 7 of the Bankruptcy Code on the terms stated in the Application.

3. Compensation and reimbursement of expenses are to be allowed only by order of this Court upon submission of an application for compensation conformity with the rules of court and In re Busy Beaver Building Centers, Inc., 19 F.3d 833 (3d Cir. 1994).

Dated: 5/18/21

_____
Hon. Patricia M. Mayer          J.
U.S. Bankruptcy Judge