IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :    Bank. No. 21-10499 (PMM)
                                :
DUSTIN C. CARUSO &              :
DIANA CARUSO                    :
                                :
         Debtors                :    Chapter 7


ORDER GRANTING APPLICATION OF ROBERT H. HOLBER, CHAPTER 7 TRUSTEE TO EMPLOY RE/MAX OF READING AS REAL ESTATE BROKER PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE

AND NOW, upon consideration of the Application of Robert H. Holber, Chapter 7 Trustee, to Re/Max of Reading as Real Estate Broker Pursuant to Section 327 of the Bankruptcy Code (the "Application"), and after consideration of any objections or responses to the Application; and after due deliberation and it appearing that the relief sought in the Application is in the best interests of the bankruptcy estate; it is hereby:

ORDERED, that the Application is Granted; and it is

ORDERED, that the Trustee is hereby authorized to employ the Broker in accordance with the Application and the Listing Contracts; and it is

ORDERED, that the Trustee is authorized to execute the Listing Contract; and it is

ORDERED, that the Trustee is authorized to list the Property as set forth in the Listing Contract; and it is

ORDERED, that the Trustee is authorized to compensate the Broker in accordance with the Listing Contract without further order of this Court; and it is

ORDERED, that any proposed sale of the Property is subject to notice and hearing and future Order of this Court.

Dated:  May 18      , 2021

*Patricia M. Mayer*

_____
PATRICIA M. MAYER
United States Bankruptcy Judge