United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10499-pmm
Dustin C. Caruso  Chapter 7
Diana Caruso
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jun 16, 2021     Form ID: pdf900     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin C. Caruso, Diana Caruso, 1522 Cleveland Ave., Reading, PA 19610-2110 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| r | + | Remax of Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 16 2021 23:49:33 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021          Signature:     /s/Joseph Speetjens

District/off: 0313-4　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jun 16, 2021　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Diana Caruso tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Dustin C. Caruso tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Debtor Dustin C. Caruso trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Diana Caruso trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

IN
FOR

In re:                                              Bank. No. 21-10499

DUSTIN C. CARUSO &
DIANA CARUSO

       Debtors                              Chapter 7

AMENDED ORDER GRANTING APPLICATION OF TRUSTEE TO EMPLOY RE/MAX OF
READING AS REAL ESTATE BROKER TO SELL REAL ESTATE

    Upon consideration of the Application of the Trustee, Robert H. Holber, to Employ Robert M. Kearney of Re/Max of Reading ("Brokeru) as Real Estate professional, and finding that the said Broker and its employees and agents do not represent any interest adverse to the Debtor or the Trustee or Debtor's Estate in matters upon which they are about to be engaged, and that its employment is necessary and in the best interest of the Estate, it is

    ORDERED, that the trustee is authorized to retain Broker in accordance with the terms set forth in the Application regarding the marketing and sale Premises known as and located at 1230 Parkside Drive South, Reading, PA 19611.  It is further ORDERED, that any compensation and reimbursement of expenses for Broker may be had from the Estate only after Court approval and in accordance with applicable Bankruptcy Law and Rules.

                                  BY THE COURT:

                                  *Patricia M. Mayer*

Dated: 6/16/21

                                  Patricia M. Mayer
                                  Bankruptcy Judge