Certificate Number: 20102-PAE-DE-035773264

Bankruptcy Case Number: 21-10499



20102-PAE-DE-035773264

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>June 21, 2021</u>, at <u>8:05</u> o'clock <u>AM EDT</u>, <u>Dustin Caruso</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 21, 2021</u>           By:   <u>/s/Marcy Walter</u>

                                  Name: <u>Marcy Walter</u>

                                  Title: <u>Certified Personal Finance Counsleor</u>