Certificate Number: 20102-PAE-DE-035773265

Bankruptcy Case Number: 21-10499



20102-PAE-DE-035773265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2021, at 8:05 o'clock AM EDT, Diana Caruso completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 21, 2021              By:    /s/Marcy Walter

                                  Name:  Marcy Walter

                                  Title: Certified Personal Finance Counsleor