United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dustin C. Caruso  
Diana Caruso  
    Debtors

Case No. 21-10499-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 25, 2021      Form ID: 318      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin C. Caruso, Diana Caruso, 1522 Cleveland Ave., Reading, PA 19610-2110 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14586565 | + | Credit Card/fb&t, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14586566 | + | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14586568 | + | Discovery Federal Cr U, Po Box 6618, Reading, PA 19610-0618 |
| 14586569 | + | Goldman Sachs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14605970 | | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14613524 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14586572 | | MBSS, PO Box 3048, New Kingstown, PA 17072 |
| 14586573 | + | Pennstate Health, PO Box 70892, Philadelphia, PA 19176-5892 |
| 14586574 | + | Pennsylvania Department of Revenue, PO BOX 280427, Harrisburg, PA 17128-0427 |
| 14586575 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jun 26 2021 03:38:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 25 2021 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14586562 | | EDI: BMW.COM | Jun 26 2021 03:38:00 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14607265 | + | EDI: AIS.COM | Jun 26 2021 03:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14586563 | + | EDI: CAPITALONE.COM | Jun 26 2021 03:38:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14613188 | | EDI: CITICORP.COM | Jun 26 2021 03:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14586564 | + | EDI: CITICORP.COM | Jun 26 2021 03:38:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14586570 | + | EDI: IRS.COM | Jun 26 2021 03:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14586571 | | EDI: JPMORGANCHASE | Jun 26 2021 03:38:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |

| | | | | |
|---|---|---|---|---|
| 14612117 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 23:43:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14589491 | + | EDI: PENNDEPTREV | Jun 26 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14589491 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2021 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14586576 | + | EDI: RMSC.COM | Jun 26 2021 03:38:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14586567 | *+ | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

**Name**                    **Email Address**

BRENNA HOPE MENDELSOHN
                on behalf of Joint Debtor Diana Caruso tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
                on behalf of Debtor Dustin C. Caruso tobykmendelsohn@comcast.net

REBECCA ANN SOLARZ
                on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com

ROBERT H. HOLBER
                trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                on behalf of Debtor Dustin C. Caruso trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                on behalf of Joint Debtor Diana Caruso trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 25, 2021 | Form ID: 318 | Total Noticed: 28

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dustin C. Caruso | Social Security number or ITIN   xxx–xx–5243 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diana Caruso | Social Security number or ITIN   xxx–xx–6172 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   21–10499–pmm

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dustin C. Caruso                              Diana Caruso

6/24/21                                       **By the court:**   Patricia M. Mayer
                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**