# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Diana Caruso
       Dustin C. Caruso

                     Debtor(s)

CSMC 2018-SP2 Trust, its successors and/or assigns
                     Movant
    vs.

Diana Caruso
Dustin C. Caruso
                     Debtor(s)

Robert H. Holber Esq.
                     Trustee

CHAPTER 7

NO. 21-10499 PMM

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Response to Motion to Sell of CSMC 2018-SP2 Trust, which was filed with the Court on or about **June 17, 2021 (Doc. No. 44)** due to the amended Proposed Order filed on June 28, 2021.

                                          Respectfully submitted,

                                          /s/ Rebecca A. Solarz, Esq.
                                          _____

                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          Phone: (215)-627-1322

Dated: June 28, 2021