IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :      CHAPTER 7
                                :
    DUSTIN C. CARUSO &          :
    DIANA CARUSO                :
                                :
                Debtor(s)       :      Bankruptcy No. 21-10499


CERTIFICATION OF NO ANSWER OR OBJECTION


I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1.   The Notice of Motion, Response Deadline and Hearing Date as regards Motion of Chapter 7 Trustee for an Order Approving Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances, was served upon the Office of the U.S. Trustee, Debtor's Counsel, Brenna Hope Mendelsohn, Esquire, Commonwealth of Pa, Department of Revenue, P.O. Box 281041, Harrisburg, Pa 17128 and all creditors listed on debtor's Matrix along with all creditor's who filed a Proof of Claim by U.S. Mail, first class, postage prepaid and/or electronic means on June 2, 2021.

2.   As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 06/29/21                    _____
                                   Robert H. Holber, Esquire
                                   Chapter 7 Trustee
                                   41 East Front Street
                                   Media, PA    19063
                                   (610) 565-5463