# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Diana Caruso<br>Dustin C. Caruso<br>           Debtor(s) | CHAPTER 7 |
| CSMC 2018-SP2 Trust, its successors and/or assigns<br>           Movant<br>           vs.<br>Diana Caruso<br>Dustin C. Caruso<br>           Debtor(s) | NO. 21-10499 PMM |
| Robert H. Holber Esq.<br>           Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of CSMC 2018-SP2 Trust, which was filed with the Court on or about **April 5, 2021 (Doc. No. 19)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: July 30, 2021