IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DUSTIN C. CARUSO & | : | |
| DIANA CARUSO | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 21-10499 |

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Chapter 7 Trustee, hereby certify that:

1. The Notice of Application as regards Application of Robert H. Holber, Chapter 7 Trustee for an Order Authorizing the Trustee to Employ Sharer Petree Brotz & Snyder as Accountant Pursuant to §§327 and 328 and Fed.R.Bankr.P.2014, was served upon the Office of the U.S. Trustee, Debtor's Counsel, Brenna Hope Mendelsohn, Esquire, and all creditors and interested parties by U.S. Mail, first class, postage prepaid and/or electronic means on July 28, 2021.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 08/05/21

Robert H. Holber, Esquire
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 East Front Street
Media, PA   19063
(610) 565-5463
rholber@holber.com

Counsel for Chapter 7 Trustee