IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DUSTIN C. CARUSO         : CHAPTER 7
         DIANA CARUSO             :
                                  :
         Debtor(s)                : Bank. No. 21-10499

## ORDER

Upon the application (the "Application") of Robert H. Holber, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Dustin C. Caruso & Diana Caruso, for an order authorizing him to employ Sharer Petree Brotz & Snyder ("Sharer") as his accountant in the above-captioned Chapter 7 case; and the Court having reviewed the Application and having determined that the legal and factual basis set forth in the Application established just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Trustee is authorized to employ Sharer Petree Brotz and Snyder as his accountant in the above-captioned Chapter 7 case in accordance with the Application.

3. Sharer Petree Brotz & Snyder shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable Orders of this Court.

Dated: 8/6/21

*Patricia M. Mayer*
_____
Patricia M. Mayer
Judge, United States Bankruptcy Court