IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DUSTIN C. CARUSO &
         DIANAN CARUSO              : CHAPTER 7
                                    :
                                    :
              Debtor(s)              : Bankruptcy No.21-10499 PMM

PRAECIPE TO WITHDRAW FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROBERT H. HOLBER, ESQUIRE

TO THE CLERK OF COURTS:

Please withdraw First and Final Application for Compensation and Reimbursement of Expenses by Robert H. Holber, Esquire previously filed on October 20, 2021, regarding the above captioned debtor(s).

_____
ROBERT H. HOLBER, ESQUIRE
Counsel for Chapter 7 Trustee