IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          : CHAPTER 7
                                                :
DUSTIN C. CARUSO                                :
DIANA CARUSO                                    :
                      Debtor(s)                 : BANKRUPTCY NO. 21-10499 PMM

### CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. A Notice of Final Application of sharer Petree Brotz & Snyder for Compensation and Reimbursement of Expenses as Accountant for the Trustee was filed on October 20, 2021 was served upon the Office of the United States Trustee, Debtor's Counsel, Brenna Hope Mendelsohn, Esquire, and all creditor's and interested parties.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 11/08/21

Robert H. Holber, Esquire
41 East Front Street
Media, PA   19063
(610) 565-5463
Rholber@holber.com
Counsel for Robert H. Holber,
Chapter 7 Trustee