IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :        Bank. No. 21-10499
                                        :
DUSTIN C. CARUSO &                      :
DIANA CARUSO                            :
                                        :
        Debtors                         :        Chapter 7

## ORDER

AND NOW, this 8th day of November, 2021, upon consideration of the Final Application for Compensation and Reimbursement of Expenses by Sharer Petree Brotz & Snyder, For The Period August 6, 2021 through August 24, 2021, and after notice and opportunity for hearing, it is

ORDERED that Share Petree Brotz & Snyder, Accountant for the Chapter 7 Trustee, is hereby allowed the sum of $3,866.50 as final compensation and $23.45 as final expenses, with *de novo* final review after submission of the TFR for the time period August 6, 2021, 2021 through August 24, 2021.

Dated: 11/8/21

_____
Patricia M. Mayer
United states Bankruptcy Judge