United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10499-pmm

Dustin C. Caruso     Chapter 7

Diana Caruso

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Nov 08, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dustin C. Caruso, Diana Caruso, 1522 Cleveland Ave., Reading, PA 19610-2110 |
| acc | + Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd., Suite 105B, Voorhees, NJ 08043-4376 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

**Name**     **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Diana Caruso tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Dustin C. Caruso tobykmendelsohn@comcast.net

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROBERT H. HOLBER
    on behalf of Debtor Dustin C. Caruso trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Joint Debtor Diana Caruso trustee@holber.com rholber@ecf.axosfs.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: pdf900 | Total Noticed: 2 |

ROBERT H. HOLBER
    trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Accountant Sharer Petree Brotz & Snyder trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Attorney Robert H. Holber trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    Bank. No. 21-10499
                                    :
DUSTIN C. CARUSO &                  :
DIANA CARUSO                        :
                                    :
          Debtors                   :    Chapter 7

## ORDER

AND NOW, this 8th day of November, 2021, upon consideration of the Final Application for Compensation and Reimbursement of Expenses by Sharer Petree Brotz & Snyder, For The Period August 6, 2021 through August 24, 2021, and after notice and opportunity for hearing, it is

ORDERED that Share Petree Brotz & Snyder, Accountant for the Chapter 7 Trustee, is hereby allowed the sum of $3,866.50 as final compensation and $23.45 as final expenses, with *de novo* final review after submission of the TFR for the time period August 6, 2021, 2021 through August 24, 2021.

Dated: 11/8/21

_____
Patricia M. Mayer
United States Bankruptcy Judge