United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dustin C. Caruso  
Diana Caruso  
    Debtors

Case No. 21-10499-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin C. Caruso, Diana Caruso, 1522 Cleveland Ave., Reading, PA 19610-2110 |
| aty | + | Robert H. Holber, 41 E. Front Street, Media, PA 19063-2911 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| r | + | Remax of Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd., Suite 105B, Voorhees, NJ 08043-4376 |
| 14588563 | + | CSMC 2018-SP2 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14586566 | + | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14586568 | + | Discovery Federal Cr U, Po Box 6618, Reading, PA 19610-0618 |
| 14586569 | + | Goldman Sachs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14586572 | | MBSS, PO Box 3048, New Kingstown, PA 17072 |
| 14586573 | + | Pennstate Health, PO Box 70892, Philadelphia, PA 19176-5892 |
| 14586574 | + | Pennsylvania Department of Revenue, PO BOX 280427, Harrisburg, PA 17128-0427 |
| 14586575 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 15 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 16 2022 00:01:08 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14587697 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 16 2022 00:01:08 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14586562 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 16 2022 00:01:12 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14607265 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 00:01:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14586563 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 00:01:08 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14613188 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 00:01:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14586564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 00:01:05 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

Case 21-10499-pmm    Doc 79    Filed 02/17/22    Entered 02/18/22 00:33:14    Desc Imaged
Certificate of Notice    Page 2 of 8

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14586565 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 15 2022 23:55:00 | Credit Card/fb&t, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14605970 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 00:01:08 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14586570 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2022 23:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14649463 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 15 2022 23:55:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14586571 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 00:01:04 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14613524 | + | Email/Text: RASEBN@raslg.com | Feb 15 2022 23:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14612117 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 00:01:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14589491 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14586576 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 00:01:05 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14624138 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 00:01:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14586567 | *+ | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed**

District/off: 0313-4   User: admin   Page 3 of 3
Date Rcvd: Feb 15, 2022   Form ID: pdf900   Total Noticed: 35

**below:**

| Name | Email Address |
| --- | --- |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Diana Caruso tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Dustin C. Caruso tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Accountant Sharer Petree Brotz & Snyder trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Attorney Robert H. Holber trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Debtor Dustin C. Caruso trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Diana Caruso trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Caruso, Dustin C.<br>Caruso, Diana<br><br>Debtors | §<br>§<br>§   Case No. 21-10499 PMM<br>§<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. HOLBER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 03/15/2022 in Courtroom 1,
United States Bankruptcy Court
201 Penn Street, 1st Floor
Reading, Pa 19601

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2022          By: /s/ _____
                                          Chapter 7 Trustee

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § § | |
| Caruso, Dustin C. | § | Case No. 21-10499 PMM |
| Caruso, Diana | § § § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 290,000.00 |
| and approved disbursements of | $ | 190,794.18 |
| leaving a balance on hand of[1] | $ | 99,205.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Pennsylvania Department of Revenue | $ 37,944.57 | $ 37,944.57 | $ 0.00 | $ 14,137.11 |
| 000004 | Internal Revenue Service | $ 69,919.84 | $ 69,919.84 | $ 0.00 | $ 26,050.22 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 40,187.33 |
| Remaining Balance | $ 59,018.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber, Trustee | $ 17,750.00 | $ 0.00 | $ 17,750.00 |
| Trustee Expenses: Robert H. Holber, Trustee | $ 193.22 | $ 0.00 | $ 193.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ROBERT N. SNYDER, CPA | $ 3,866.50 | $ 0.00 | $ 3,866.50 |
| Accountant for Trustee Expenses: ROBERT N. SNYDER, CPA | $ 23.45 | $ 0.00 | $ 23.45 |

Total to be paid for chapter 7 administrative expenses     $     21,833.17

Remaining Balance     $     37,185.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 37,185.32  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Pennsylvania Department of Revenue | $ 6,902.70 | $ 0.00 | $ 6,902.70 |
| 4B | Internal Revenue Service | $ 30,282.62 | $ 0.00 | $ 30,282.62 |

Total to be paid to priority creditors     $     37,185.32

Remaining Balance     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,822.90  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Goldman Sachs Bank, USA | $ 1,227.56 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. | $ 4,556.66 | $ 0.00 | $ 0.00 |
| 000005 | LVNV Funding, LLC | $ 399.74 | $ 0.00 | $ 0.00 |
| 000006 | Citibank, N.A. | $ 18,414.94 | $ 0.00 | $ 0.00 |
| 000007 | JPMorgan Chase Bank, N.A. | $ 3,156.00 | $ 0.00 | $ 0.00 |
| 000010 | Synchrony Bank | $ 2,068.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $       0.00

Remaining Balance     $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 13,817.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Pennsylvania Department of Revenue | $ 1,549.64 | $ 0.00 | $ 0.00 |
| 4B | Internal Revenue Service | $ 12,268.18 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $       0.00

Remaining Balance     $       0.00

UST Form 101-7-NFR (10/1/2010) (Page: 4)

Prepared By: /s/Robert H. Holber
Trustee

Robert H. Holber, Trustee
41 E. Front Street
Media, PA 19063


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.