IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 7 |
| DUSTIN C. CARUSO | : | |
| DIANA CARUSO | : | |
| | : | |
| Debtor(s) | : | |
| | : | BANKRUPTCY NO.: 21-10499- PMM |

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. A Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object along with a copy of Proposed Distribution was filed on February 10, 2022 and served upon the U.S. Trustee's Office, Debtor's Counsel, Sidney Tall, Esquire, all creditors listed on debtor's matrix and all creditors who filed claims on or about February 10, 2022.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Date: 03/14/22

_____
ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee
41 E. Front Street
Media, PA   19063
(610) 565-5463