IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :Chapter 7 |
| DUSTIN C. CARUSO<br>DIANA CARUSO | : |
| Debtor (s) | :BANKRUPTCY NO. 21-10499 - PMM |

### ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 15th day of March 2022, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

*Patricia M. Mayer*

Patricia M. Mayer, Judge