United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 21-10499-pmm
Dustin C. Caruso     Chapter 7
Diana Caruso
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Mar 15, 2022     Form ID: pdf900     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin C. Caruso, Diana Caruso, 1522 Cleveland Ave., Reading, PA 19610-2110 |
| aty | + | Robert H. Holber, 41 E. Front Street, Media, PA 19063-2911 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| r | + | Remax of Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd., Suite 105B, Voorhees, NJ 08043-4376 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 15 2022 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 15 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2022 00:02:41 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 15 2022 23:54:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Diana Caruso tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Dustin C. Caruso tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Accountant Sharer Petree Brotz & Snyder trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Attorney Robert H. Holber trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Debtor Dustin C. Caruso trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Diana Caruso trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                :Chapter 7
                                      :
DUSTIN C. CARUSO                      :
DIANA CARUSO                          :
                                      :
         Debtor (s)                   :BANKRUPTCY NO.  21-10499 - PMM

## ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this  15th  day of  March  2022 , upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

*Patricia M. Mayer*

_____
Patricia M. Mayer, Judge