United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dustin C. Caruso  
Diana Caruso  
    Debtors

Case No. 21-10499-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: May 16, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin C. Caruso, Diana Caruso, 1522 Cleveland Ave., Reading, PA 19610-2110 |
| aty | + | Robert H. Holber, 41 E. Front Street, Media, PA 19063-2911 |
| r | + | Remax of Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd., Suite 105B, Voorhees, NJ 08043-4376 |
| 14588563 | + | CSMC 2018-SP2 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14586566 | ++ | DIAMOND CREDIT UNION, ATTN COLLECTIONS DEPARTMENT, 1600 MEDICAL DRIVE, POTTSTOWN PA 19464-3242 address filed with court:, Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14586568 | + | Discovery Federal Cr U, Po Box 6618, Reading, PA 19610-0618 |
| 14586572 | | MBSS, PO Box 3048, New Kingstown, PA 17072 |
| 14586573 | + | Pennstate Health, PO Box 70892, Philadelphia, PA 19176-5892 |
| 14586574 | + | Pennsylvania Department of Revenue, PO BOX 280427, Harrisburg, PA 17128-0427 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 16 2022 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 16 2022 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2022 23:42:45 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14587697 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2022 23:42:46 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14586562 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 16 2022 23:42:51 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14607265 | + | Email/PDF: ebn_ais@aisinfo.com | May 16 2022 23:42:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14586563 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2022 23:42:51 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14613188 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 23:42:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14586564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 23:53:03 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14586565 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 16 2022 23:43:00 | Credit Card/fb&t, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14586566 | | Email/Text: bankruptcy@diamondcu.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | May 16 2022 23:43:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14586569 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 16 2022 23:43:00 | Goldman Sachs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14605970 | + | Email/PDF: ebn_ais@aisinfo.com | May 16 2022 23:42:41 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14586570 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2022 23:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14649463 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 16 2022 23:43:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14586571 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2022 23:42:41 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14613524 | + | Email/Text: RASEBN@raslg.com | May 16 2022 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14612117 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2022 23:42:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14589491 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14586575 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2022 23:43:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14586576 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 23:42:51 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14624138 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 23:42:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14586567 | *P++ | DIAMOND CREDIT UNION, ATTN COLLECTIONS DEPARTMENT, 1600 MEDICAL DRIVE, POTTSTOWN PA 19464-3242, address filed with court:, Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Diana Caruso tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Dustin C. Caruso tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Accountant Sharer Petree Brotz & Snyder trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Attorney Robert H. Holber trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Debtor Dustin C. Caruso trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Diana Caruso trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :Chapter 7
                                          :
DUSTIN C. & DIANA CARUSO                  :
                                          :
                                          :
                                          :
          Debtor                          :BANKRUPTCY NO. 21-10499 -PMM

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 16th day of May 2022, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

*Patricia M. Mayer*
Patricia M. Mayer
Bankruptcy Judge